**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 42 MAL 2018

            Respondent           :

                          :   Petition for Allowance of Appeal from

                          :   the Order of the Superior Court

          v.                 :

                          :

WILLIAM THOMAS CLARK,        :

                          :

            Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.